## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|   |   |
|---|---|
| RODERICK W. RUSSELL, on Behalf of Himself and a Class of Persons Similarly Situated, and on Behalf of the ConsecoSave Plan, <br><br> Plaintiff, <br><br> v. <br><br> CONSECO SERVICES, L.L.C., ROLLIN M. DICK, GARY C. WENDT, STEPHEN C. HILBERT, WILLIAM J. SHEA, CHARLES B. CHOKEL, JOHN J. SABL, THOMAS J. KILIAN, RICHARD H. KREMER, EDWARD M. BERUBE, ELIZABETH C. GEORGAKOPOULOS, DAVID K. HERZOG and JOHN DOES 1-30, <br><br> Defendants. | No. 1:02-CV-1639 LJM |

### ORDER APPROVING PLAN OF ALLOCATION

The Court having giving final approval to the proposed class action settlement in this case on the terms set forth in the Stipulation and Agreement of Settlement dated as of June 15, 2005 ("Stipulation"), and the parties having submitted a proposed Plan of Allocation, in the form annexed hereto as Exhibit A, for the Court's approval pursuant to Section IV.D.2 of the Stipulation, and the Court having considered the proposed Plan of Allocation.

IT IS HEREBY ORDERED that the Plan of Allocation, in the form annexed hereto as Exhibit A, is approved.

SO ORDERED this __14__ day of __October__, 2005.

_____
HON LARRY J. MCKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RODERICK W. RUSSELL, on Behalf of Himself and a Class of Persons Similarly Situated, and on Behalf of the ConsecoSave Plan,<br><br>            Plaintiff,<br><br>    v.<br><br>CONSECO SERVICES, L.L.C., ROLLIN M. DICK, GARY C. WENDT, STEPHEN C. HILBERT, WILLIAM J. SHEA, CHARLES B. CHOKEL, JOHN J. SABL, THOMAS J. KILIAN, RICHARD H. KREMER, EDWARD M. BERUBE, ELIZABETH C. GEORGAKOPOULOS, DAVID K. HERZOG and JOHN DOES 1-30,<br><br>            Defendants. | No. 1:02-CV-1639 LJM |

## PLAN OF ALLOCATION

Pursuant to Section IV.D of the Stipulation and Agreement of Settlement dated as of June 15, 2005 ("Stipulation"), the parties jointly propose the following Plan of Allocation for the Court's approval:

1.  Capitalized terms in this Plan of Allocation shall have the meanings set forth in the Stipulation.

2.  The Settlement Class is defined as:

All current and former Participants in the Conseco Savings Plan in all of its iterations including the Conseco Savings Plan and the ConsecoSave Plan, the ConsecoSave *Plus* Plan, individually or collectively ("Plan"), for whose accounts the Plan purchased and/or held shares or interests in Conseco Stock Fund at any time during the period from April 28, 1999, through and including September 9, 2003, or the beneficiaries of such current and former Participants, and the Plan itself. Excluded from the Class are Defendants herein, members of their immediate families, and the heirs, successors or assigns of the Defendants.

3. Net Proceeds (as defined in the Stipulation), less Plan expenses reasonably and necessarily incurred in implementing this Plan of Allocation, shall be allocated among members of the Settlement Class in two "pools." "Pool A" shall consist of eighty percent (80%) of the Net Proceeds (less Plan expenses reasonably and necessarily incurred in implementing this Plan of Allocation), and shall be allocated among members of the Settlement Class in proportion to their net losses in connection with their Plan investment in the Conseco Stock Fund occurring during the Post Securities Settlement Period (from April 15, 2000 through and including September 9, 2003, as defined in the Stipulation). "Pool B" shall consist of 20 percent (20%) of the Net Proceeds (less Plan expenses reasonably and necessarily incurred in implementing this Plan of Allocation), and shall be allocated among members of the Settlement Class in proportion to their net losses in connection with their Plan investment in the Conseco Stock Fund occurring during the Securities Settlement Period (from April 28, 1999 through and including April 14, 2000, as defined in the Stipulation).

4. Because the Net Proceeds are less than the total losses alleged by all members of the Settlement Class, the proportionate recovery of each member of the Settlement Class under this Plan of Allocation will be less than his or her alleged loss.

5. It is ORDERED, that upon entry of a Final Order (as defined in the Stipulation) approving the class action settlement of this case, Plaintiff's Counsel shall allocate the Net Proceeds, less Plan expenses reasonably and necessarily incurred in implementing this Plan of Allocation, among the members of the Settlement Class in accordance with the terms of this Plan of Allocation, and Plaintiff's Counsel or its agent shall distribute such proceeds to the members of the Settlement Class pursuant to such allocation, as soon as practicable..

Dated: 10/14/05

FOR THE PLAINTIFF:

By: _____
Edwin J. Mills
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone (212) 687-7230
Fax (212) 490-2022

Lynn L. Sarko
T. David Copley
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone (206) 623-1900
Fax (206) 623-3384

Henry J. Price
Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY &
DeBROTA, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Telephone (317) 633-8787
Fax (317) 633 8797

Robert D. Allison
ROBERT D. ALLISON &
ASSOCIATES
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone (312) 427-7600
Fax (312) 427-1850


FOR ALL DEFENDANTS EXCEPT
STEPHEN C. HILBERT & ROLLIN M.
DICK:

Dated: _____

By: _____
Jeffrey S. Davidson
Martin Boles
KIRKLAND & ELLIS, LLP
777 South Figueroa St., Suite 3700
Los Angeles, CA 90017
Telephone (213) 680-8400
Fax (213) 680-8500

Thomas E. Deer
LOCKE REYNOLDS L.L.P.
1000 Capital Center South
201 N. Illinois Street
P.O. Box 44961

3

Indianapolis, IN 46244-0961  
Telephone (317) 237-3887  
Fax (317) 237-3900

FOR DEFENDANTS STEPHEN C. HILBERT & ROLLIN M. DICK:

Dated:_____   By: _____

Steven K. Huffer  
HUFFER & WEATHERS  
1850 Market Square Center  
151 North Delaware Street  
Indianapolis, Indiana 46204-2522  
Telephone (317) 822-8010  
Fax (317) 822-8088