**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| RODERICK W. RUSSELL, on Behalf of Himself and a Class of Persons Similarly Situated, and on Behalf of the ConsecoSave Plan, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:02-CV-1639-LJM-WTL |
| v. | ) ) | |
| CONSECO SERVICES LLC, ROLLIN M. DICK, GARY C. WENDT, STEPHEN C. HILBERT, WILLIAM J. SHEA, THOMAS J. KILIAN, RICHARD H. KREMER, EDWARD M. BERUBE, ELIZABETH C. GEORGAKOPOULOS, DAVID K. HERZOG and JOHN DOES 1-30, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER ALLOWING THE
REMAINDER OF THE SETTLEMENT FUND TO BE *CY PREYED***

Plaintiff Roderick W. Russell, by his undersigned counsel, hereby moves the Court for an order granting Plaintiff permission to *cy pres* the remainder of the Settlement Fund to the United Way of Central Indiana. The grounds for this motion are set forth in the Declaration of [Attorney] Edwin J. Mills and the Memorandum of Law which are being filed contemporaneously herewith. Defendants do not oppose this Motion.

Dated: April 20, 2010

PRICE WAICUKAUSKI &RILEY, LLC

/s CAROL NEMETH JOVEN
Henry J. Price, Attorney No. 58822-49
Ronald J. Waicukauski, Attorney No. 1089-53
Carol Nemeth Joven, Atty. No. 18091-53A
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Telephone: (317) 633-8787

Edwin J. Mills
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
T. David Copley
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

ROBERT D. ALLISON & ASSOCIATES
Robert D. Allison
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-7600

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing was filed electronically on April 20, 2010.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

<u>/s/ CAROL NEMETH JOVEN</u>